IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HEATHER AMARTEIFIO,                                    Civil Action File No.

        Plaintiff,

v.

WALMART INC. ,

        Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW WALMART INC (erroneously named), named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WALMART INC. in the State Court of Douglas County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 20SV00287. Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about March 25, 2020. Defendant WALMART INC. has not yet been served with summons and Complaint.

Defendant WALMART INC. files this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas. Defendant Walmart Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter. The principal place of business for Walmart Inc. is 708 SW 8th Street, Bentonville, AR 72716.

4.

Heather Amarteifio is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

Plaintiff claims bodily injuries, including a left hip sprain, patellar tendinitis, left knee paterllar tendinitis, left hip rectus femoris strain, right ankle and joint pain, synovitis and tenosynovitis of the right ankle and foot and sprain of the right foot; pain and suffering; past and future medical expenses; lost wages and seeks $150,000 in damages (see Complaint paragraphs 6, 7, and prayer). The amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Douglas County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Douglas County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WALMART INC. prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

                McLAIN & MERRITT, P.C.

                    /s/ Howard M. Lessinger
                Howard M. Lessinger
                Georgia State Bar No. 447088


                    /s/ Jennie Rogers
                Jennie Rogers
                Georgia Bar No. 612725
                Attorneys for Defendant
                WALMART INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 365-4514
(404) 364-3138 (Fax)
hlessinger@mmatllaw.com


     The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                    /s/ Howard M. Lessinger
                Howard M. Lessinger

## CERTIFICATE OF SERVICE

This is to certify that on May 1, 2020, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Howard M. Lessinger
Howard M. Lessinger
Georgia State Bar No. 447088
Attorneys for Defendant
WALMART INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
hlessinger@mmatllaw.com